PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sammy Brian Diggs,       
Appellant.
 
 
 

Appeal From Oconee County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-417
Submitted April 21, 2004  Filed June 
 25, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Tara S. Taggart, Office of 
 Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Druanne D. White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Sammy Brian Diggs was indicted 
 for and pled guilty to felony driving under the influence resulting in death.  
 Diggs appellate counsel submitted a petition to be relieved as counsel, stating 
 she reviewed the record and concluded Diggs appeal is without merit.  Diggs 
 did not file a pro se brief with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Diggs appeal and 
 grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 [1]   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.